*Page 1 of 1*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

XAVIER DAVID WINESTON,

    Plaintiff,

v.                          CASE NO. 4:06cv438-RH/AK

JOHNNY PACK, et al.,

    Defendants.

_____/

## ORDER DENYING MOTION TO DISMISS

This matter is before the court on the magistrate judge's report and recommendation (document 44), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED. The motion to dismiss (document 31) is DENIED. This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED this 15th day of March, 2008.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge