IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**XAVIER DAVID WINESTON,**

    **Plaintiff,**

**vs.**                                                              **CASE NO. 4:06CV438-RH/AK**

**SAM CULPEPPER, ET AL,**

    **Defendants.**

                                     /

## O R D E R

Presently before the Court in the above entitled action is Defendants' Second Motion for Enlargement of Time to file a dispositive motion. (Doc. 52). Actually, this is not the second request for this purpose, but regardless the Court finds that the motion (doc. 52) should be **GRANTED**, and the time for filing a motion for summary judgment extended through **September 22, 2008.**

**DONE AND ORDERED** this  *7th*  day of August, 2008.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**