IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**XAVIER DAVID WINESTON,**

    **Plaintiff,**

vs.                                          CASE NO. 4:06CV438-RH/AK

**SAM CULPEPPER, ET AL,**

    **Defendants.**

                                 /

## O R D E R

Presently before the Court in the above entitled action is Defendants' Second Motion for Enlargement of Time to file a dispositive motion. (Doc. 55). Having considered said motion, the Court finds that it (doc. 55) should be **GRANTED**, and the time for filing a motion for summary judgment is hereby extended through **October 6, 2008.**

**DONE AND ORDERED** this   *24th*   day of September, 2008.


                                             s/ A. KORNBLUM
                                           **ALLAN KORNBLUM**
                                           **UNITED STATES MAGISTRATE JUDGE**