**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**XAVIER DAVID WINESTON,**

     **Plaintiff,**

**vs.**                                                                   **CASE NO. 4:06CV438-RH/AK**

**SAM CULPEPPER, ET AL,**

     **Defendants.**

                             **/**

**O R D E R**

Presently before the Court in the above entitled action is Defendants' Third Motion for Enlargement of Time to file a dispositive motion (doc. 57) and Defendants' Motion for Leave to File Excess Pages (doc. 58).  Also before the Court is Plaintiff's Motion to Extend Time or to Stay Proceedings (doc. 61).

Having considered Defendants' motions, (docs. 57 and 58), the Court finds that they should be **GRANTED**, and the time for filing a motion for summary judgment is hereby extended through **October 27, 2008.**  Defendants may also file a motion in excess of the page limit set by the local rules.

Having considered Plaintiff's motion, (doc. 61), the Court finds that it should be

**GRANTED**, insofar as the time for discovery should be extended through **December**

**19, 2008.**  Plaintiff shall file his final response to the motion for summary judgment by

that date as well, and his Request for Production of Documents (doc. 62) shall be

deemed timely and served on this date.

**DONE AND ORDERED** this *16th* day of October, 2008.


    s/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


**No. 4:06cv438-rh/ak**