# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

XAVIER DAVID WINESTON,

    Plaintiff,

vs.                                                                                 CASE NO. 4:06CV438-RH/AK

SAM CULPEPPER, ET AL,

    Defendants.

_____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's Motion for Issuance of Subpoenas. (Doc. 67). Both parties are permitted to engage in discovery through December 19, 2008. (Doc. 64). Plaintiff may request documents from the Defendants by serving a specific request upon them, but the Court will not provide him subpoenas for service upon non-defendants without his compliance with Rule 45, Federal Rules of Civil Procedure, which requires the payment of fees for service, copying or other expenses, which Plaintiff has not offered. The Court will not pay these expenses on Plaintiff's behalf because of his IFP status. Therefore, if Plaintiff wants his medical file he may request it by Inmate Request through the prison administrative process or by serving a request for it from the Defendants, if they have it. Plaintiff also seeks a subpoena for the employment files of several of the defendants. Not only will the Court not issue a subpoena for these records because of the reasons stated above, but it will not order a corrections officer's employment record to be produced to a prisoner for confidentiality reasons and obvious security concerns.

Finally, this case is in the discovery stage and Plaintiff should be preparing his response to the pending motion for summary judgement.  His request for witness subpoenas is premature, and the Court has a procedure for obtaining inmate witnesses at trial which will be provided to Plaintiff much later in this process.  If he needs affidavits from these persons to support his response to the pending motion for summary judgment he must request this from the court, provide their prison locations or their prison identification numbers or as much identifying information as possible, and give the Court a summary of the information they have that supports Plaintiff's claims or version of the facts.  With this information, the Court may be able to obtain their affidavits through the prison legal department.  Plaintiff should file his motion for their affidavits as soon as possible if he wants court assistance in this process.

Accordingly, it is

**ORDERED:**

Plaintiff's Motion for Issuance of Subpoenas (doc. 67) is **DENIED**.

**DONE AND ORDERED** this  6th  day of November, 2008.

*S/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 4:06cv438-RH/AK**