# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**XAVIER DAVID WINESTON,**

    Plaintiff,

vs.                                                  CASE NO. 4:06CV438-RH/AK

**SAM CULPEPPER, ET AL,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendants' Motion to Take Deposition Duces Tecum of Inmate Plaintiff. (Doc. 70). Having considered said motion, the Court is of the opinion that it should be **GRANTED**.

**DONE AND ORDERED** this 1st day of December, 2008.

                                          S/ A Kornblum
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**